**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 22, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Fagnani v. Ui Global Brands LLC*
      Case No.: 1:25-cv-1612

Dear Judge Subramanian,

The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ui Global Brands LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for June 5, 2025, at 2:30 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. The undersigned also respectfully requests the Plaintiff be granted an additional 30 days to effectuate service because the process server has been having trouble serving the Defendant but is confident that with this extension he will be successful. The Defendant has received courtesy copies of the Complaint and Summons via-email.

The initial conference is adjourned to **July 7, 2025 at 3:00 PM**, but plaintiff is warned that pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after the complaint is filed. If that doesn't happen, the case must be dismissed unless plaintiff can show "good cause" for the failure to do so. Plaintiff's extremely brief mention of "trouble serving" defendant is not sufficient to show good cause, and the 90-day deadline is May 27, 2025. If plaintiff seeks additional time to serve defendant, plaintiff should (by May 27) make a more robust effort to show good cause for the failure to serve. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 22, 2025