UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mykayla Fagnani,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>UI Global Brands LLC,<br><br>　　　　　　　　　　Defendant. | 25-CV-1612 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

　　The parties have not filed the required pre-conference submissions in anticipation of the July 7, 2025 initial pretrial conference. The conference is adjourned to **July 11, 2025 at 3:00 PM** using the same dial-in information, and the parties must file the required documents (outlined in Dkt. 6) by **July 8, 2025 at 5:00 PM**.

　　SO ORDERED.

Dated: July 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge